AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Austin Pittman | ) | Case No.   2:25-mj-349 |
| 5315 Goldfield Dr., | ) | |
| Hilliard, Ohio 43026 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    June 24, 2024 to April 29, 2025    in the county of    Franklin    in the
Southern    District of    Ohio    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252 | Receipt/Transportation/Distribution/Posession of child pornography |
| 18 USC 2252A(a)(5)(B) | Possession of AI generated child pornography |
| 18 USC 2252A(a)(7) | Production of Morphed Image or AI generated child pornography |

This criminal complaint is based on these facts:

See the attached affidavit of HSI Special Agent Sara Sellers which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Sara Sellers
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    6/9/2025

_____
*Judge's signature*

City and state:    Columbus, Ohio

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*